OPINION — AG — **** TOURIST SITES — ADVERTISING — STATE AGENCY **** STATE OWNED INFORMATION CENTERS (IF ANY), FACILITIES AND AGENCIES OF THE STATE MAY NOT LEGALLY DISTRIBUTE MATERIAL ADVERTISING MUSEUMS, BUILDINGS, AREAS AND OTHER ITEMS AND THINGS IN OKLAHOMA, PRIVATELY AND STATE OWNED, OF INTEREST TO TOURISTS EVEN THOUGH SUCH MATERIALS WERE PRINTED AT NO EXPENSE TO THE STATE. CITE: 74 O.S. 1968 Supp., 1113 [74-1113] (W. J. MONROE)